UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| HUNTER ALEXANDER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:26-cv-00722-JPH-MKK |
| | ) | |
| JOHN DOE, | ) | |
| JANE DOE, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER DISMISSING ACTION AND DIRECTING ENTRY OF FINAL JUDGMENT**

Incarcerated plaintiff Hunter Alexander filed a civil complaint about the United States postal system. Dkt. 1. He asks for leave to proceed without prepaying the filing fee. Dkt. 2.

A prisoner may not bring a civil action proceeding *in forma pauperis* if he has, "on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

Moreover, in this Circuit, litigants who have been notified of their three strikes "must disclose to the court the fact that they have 'struck out' and . . . pay all fees upfront, or risk dismissal of their case as a sanction for misconduct." *Isby v. Brown*, 856 F.3d 508, 519 (7th Cir. 2017). "An effort to bamboozle the court by seeking permission to proceed *in forma pauperis* after a federal judge

1

has held that §1915(g) applies to a particular litigant will lead to immediate termination of the suit." *Sloan v. Lesza,* 181 F.3d 857, 859 (7th Cir. 1999).

Mr. Alexander has had at least seven cases dismissed as being frivolous and/or for failure to state a claim upon which relief can be granted. *See Alexander v. Does,* 1:26-cv-00521-TWP-MG (S.D. Ind. Mar. 23, 2026); *Alexander v. Does,* 1:26-cv-00523-MPB-MG (S.D. Ind. Mar. 30, 2026); *Alexander v. Does, et al.,* 1:26-cv-00525-JPH-MJD (S.D. Ind. Apr. 1, 2026); *Alexander v. Does, et al.,* 1:26-cv-00526-JRS-KMB (S.D. Ind. Apr. 8, 2026); *Alexander v. Does, et al.,* 1:26-cv-00528-JMS-KMB (S.D. Ind. Mar. 24, 2026); *Alexander v. Does, et al.,* 1:26-cv-00531-SEB-TAB (S.D. Ind. Mar. 25, 2026); and *Alexander v. Does, et al.,* 1:26-cv-00540-JRO-CSW (S.D. Ind. Mar. 24, 2026).

Mr. Alexander has also been warned that he has struck out under 28 U.S.C. § 1915(g) and can no longer proceed *in forma pauperis* unless he alleges that he "is under imminent danger of serious physical injury." *See Alexander v. John Does,* 1:26-cv-00541-JRS-TAB, dkt. 8 (S.D. Ind. Mar. 26, 2026) (advising Mr. Alexander of strikes and warning him that he cannot proceed *in forma pauperis* in any case filed in this district after March 24, 2026, unless he falls under the imminent danger exception).

In his motion to proceed *in forma pauperis*, Mr. Alexander states "A lot" in the litigation history section, but he does not attempt to list his cases. Dkt. 2 at 3. Mr. Alexander does not acknowledge that he has struck out, nor does he allege that he is under imminent danger. The complaint alleges that the U.S. Postal Service permits employees to trespass property by delivering mail and that the

act of delivering mail harms the environment and spreads disease. Dkt. 1 at 3. These frivolous allegations do not implicate the imminent danger exception.

Mr. Alexander's motion for leave to proceed *in forma pauperis*, dkt. [2], is **denied** under § 1915(g). Due to Mr. Alexander's strikes, he may not proceed *in forma pauperis* and instead owes the $405.00 filing fee.

Mr. Alexander had notice of his strikes before moving to proceed *in forma pauperis* in this action. *See Alexander v. John Does*, 1:26-cv-00545-SEB-KMB, dkt. 9 (filing notice of appeal as to Court's March 31, 2026, order denying *in forma pauperis* motion and warning of strikes) (S.D. Ind. Apr. 10, 2026). The case is **dismissed with prejudice** as a sanction pursuant to *Sloan*. Mr. Alexander's motion to appoint counsel, dkt. [3], is **denied as moot**.

The **clerk is directed** to enter **final judgment**.

**SO ORDERED.**

Date: 4/17/2026

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

HUNTER ALEXANDER
201044
PENDLETON - CF
PENDLETON CORRECTIONAL FACILITY
Inmate Mail/Parcels
4490 West Reformatory Road
PENDLETON, IN 46064

3